UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE KLIEWER,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JASON BENNETT,<br><br>　　　　　　　Respondent. | CASE NO.  3:24-cv-05678-BHS-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2241, and an application seeking leave to proceed *in forma pauperis* (IFP). The Court GRANTS Petitioner's application to proceed, IFP. Dkt.1.  The Clerk shall file Petitioner's petition for writ of habeas corpus without the prepayment of fees and shall provide Petitioner with a copy of this Order.

DATED this 20th day of August, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge