1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENE KLIEWER,

                        Petitioner,

        v.

JASON BENNETT,

                        Respondent.

CASE NO. C24-5678 BHS

ORDER

        This matter is before the Court on Magistrate Judge Brian A. Tsuchida's Report

and Recommendation (R&R), Dkt. 8, recommending that the Court deny pro se

Petitioner Eugene Kliewer's application to proceed *in forma pauperis*, Dkt. 1, and

dismiss this action with prejudice because:

>       (1) Petitioner is confined pursuant to state criminal convictions and
>       challenges to these convictions must be brought under 28 U.S.C. § 2254[,
>       not § 2241];
>       (2) Section 2254 habeas relief is unavailable because Petitioner filed his
>       petition beyond the one year statute of limitations;
>       (3) Petitioner's guilty pleas to the crimes for which he was convicted
>       preclude habeas relief; and
>       ([4]) Petitioner's claim [that] his Fourth Amendment rights were violated
>       due to an unlawful arrest is not grounds for § 2254 relief.

Dkt. 8 at 2.

1    The R&R also recommends denying a certificate of appealability. Dkt. 8 at 2.

2    Kliewer has not objected to the R&R. He instead filed three "motions" that

3    provide a citation to an apparently irrelevant case, request the Court to "enter an ORDER

4    commanding the respondent to produce the entire record," and request the Court "to

5    ORDER the respondent to answer the petition." Dkts. 9, 10, 11. None of these motions

6    provide objections to the R&R.

7    A district court "shall make a de novo determination of those portions of the report

8    or specified proposed finding or recommendations *to which objection is made*." 28

9    U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute

10   makes it clear that the district judge must review the magistrate judge's findings and

11   recommendations de novo *if objection is made*, but not otherwise." *United States v.*

12   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires

13   "specific written objections to the proposed findings and recommendations" in the R&R.

14   Fed. R. Civ. P. 72(b)(2).

15   The R&R, Dkt. 8, is **ADOPTED**, Kliewer's application to proceed *in forma*

16   *pauperis*, Dkt. 1, is **DENIED**, Kliewer's motions, Dkts. 9, 10, 11, are **DENIED**, and this

17   case is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of

18   appealability because Kliewer has not made a substantial showing of the denial of a

19   constitutional right. *See* 28 U.S.C. § 2253(c)(2).

20   The Clerk shall enter **JUDGMENT** and close this case.

21   //

22   //

1    //

2    Dated this 10th day of September, 2024.

3

4    _____

5    BENJAMIN H. SETTLE
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3